# Exhibit A




v-01907-TL   Document 1-1   Filed 09/07/10



v-01907-TL    Document 1-1    Filed 09/07/10